# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

August 1, 2023

Scott S. Harris
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the District of
Columbia Circuit
333 Constitution Avenue, NW
Washington, DC  20001

     Re:  Garret Miller
           v. United States
           No. 23-94
           (Your No. 22-3041)

Dear Clerk:

     The petition for a writ of certiorari in the above entitled case was filed on July 28, 2023 and placed on the docket August 1, 2023 as No. 23-94.

                       Sincerely,

                       **Scott S. Harris**, Clerk

                       by

                       Emily Walker
                       Case Analyst